# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**KENNARD GATEWOOD**                                                                                   **PETITIONER**
**Reg. #22895-009**

**VS.**                             **CASE NO.: 2:08CV00054 WRW/BD**

**T.C. OUTLAW**                                                                                        **RESPONDENT**
**Warden, FCC,**
**Forrest City, Arkansas**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects, in its entirety.

Accordingly, Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (#1) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 8th day of May, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE