# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**KENNARD GATEWOOD**                                                                **PETITIONER**
**Reg. #22895-009**

**VS.**                         **CASE NO.: 2:08CV00054 WRW/BD**

**T.C. OUTLAW**                                                                **RESPONDENT**
**Warden, FCC,**
**Forrest City, Arkansas**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus with prejudice.

IT IS SO ORDERED, this 8th day of May, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE