# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**KENNARD GATEWOOD**                                                                                         **PLAINTIFF**

**V.**                                      **2:08-CV-00054WRW**

**T.C. OUTLAW, Warden, Federal**
**Correctional Complex, Forrest**
**City Arkansas**                                                                                                 **DEFENDANT**

## ORDER

Pending are Plaintiff's Motion for Reconsideration (Doc. No. 9) and Motion for Leave to Appear Pro Hac Vice (Doc. No. 11).

The Motion for Leave to Appear Pro Hac Vice (Doc. No. 11) is GRANTED. Accordingly, Ms. Angela Pitts is appointed as Plaintiff's counsel and permitted to appear pro hac vice in this case.

Plaintiff filed a motion to reconsider, because I did not consider his objections, which were filed after I entered an Order on May 8, 2008. However, I have reviewed the objections, the April 22, 2008 Recommended Disposition, and the May 8, 2008 Order. While the 9th Circuit opinion appears to have considerable merit, 8th Circuit precedent seems to be in the opposite direction.

Accordingly, Plaintiff's Motion for Reconsideration (Doc. No. 9) is DENIED, and the May 8, 2008 Order and Judgment remain in full effect.

IT IS SO ORDERED this 22nd day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT COURT